

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00217-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF A.S.**, As a Mentally Ill Person

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2015-MH-0851
Honorable Kelly M. Cross,[1] Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 9, 2015.

_____
Rebeca C. Martinez, Justice

---

[1] The Honorable Kelly M. Cross, presiding judge of Probate Court No. 1, Bexar County, Texas, signed the judgment; however, the Honorable Oscar Kazen, associate judge of Probate Court No. 1, Bexar County, Texas, presided over the commitment hearing.